IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

**FILED**

*7:39 am, 11/7/25*

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| TRUE OIL LLC, a Wyoming Limited Liability Company, and TRUE RANCHES LLC, a Wyoming Limited Liability Company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>  Defendants. | Case No.  22-CV-188-R |

## JUDGMENT DISMISSING PLAINTIFFS' ACTION FOR LACK OF JURISDICTION

This case is originally before the Court on a property dispute between True Oil LLC and True Ranches LLC and the Bureau of Land Management and various federal officials ("BLM") involving a split estate determination.  Plaintiffs brought this action under the Administrative Procedure Act and the Declaratory Judgment Act.  On February 13, 2023, this Court found it had jurisdiction to hear claims as alleged and denied Respondents' Motion to Dismiss. [ECF No. 22].  On October 30, 2023, the Court addressed the merits of the case and entered an Order on Appeal of Final Agency Action granting judgment in favor of BLM.  [ECF No. 41].

Plaintiffs appealed the Court's ruling to the Tenth Circuit Court of Appeals. On appeal, for the first time, BLM argued that this Court lacked jurisdiction to hear Plaintiffs' claim because the claim must be pursued under the Quiet Title Act ("QTA"). The Tenth Circuit Court of Appeals agreed with the BLM and held that "Plaintiffs' requested relief in this case requires resolving a dispute over property rights that can be resolved only under the QTA." [ECF No. 55-1, at 4]. The Tenth Circuit Court of Appeals vacated this Court's judgment in favor of BLM and remanded "the case with the instructions to dismiss this action for lack of jurisdiction." *Id*. Because Plaintiffs' claim falls within the purview of the QTA, this Court lacks jurisdiction to hear it under another statute. See *Rosette, Inc. v. United States*, 141 F.3d 1394, 1396–97 (10th Cir. 1987); *Block v. N. Dakota ex rel, Bd. Of Univ. & Sch. Lands*, 461 U.S. 273, 286 (1983).

**NOW, THEREFORE, IT IS ORDERED**, that this matter is **DISMISSED FOR LACK OF JURISDICTION**.

Dated this 7th day of November, 2025.

Kelly H. Rankin
U.S. District Judge